JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN K. CHO, | ) | NO. CV 20-02977 SVW (KS) |
|       Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JIM ROBERTSON, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 9, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE